

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00732-CR

Eric Nathaniel **REEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11077
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we MODIFY the trial court's written judgment as follows:

Under the heading "Degree of Offense," we delete "1ST" and MODIFY the judgment to state "2ND";

Under the heading "Terms of Plea Bargain," we delete "CAP OF THIRTY (30) YEARS TDCJ-ID" and MODIFY the judgment to state "NONE."

We AFFIRM the trial court's judgment as modified.

SIGNED January 13, 2021.

_____
Luz Elena D. Chapa, Justice